UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS PARTRIDGE,

                    Plaintiff,

          -against-

AUTHENTIC BRANDS GROUP LLP; CEO –
JAMIE SALTER.,

                    Defendants.

24 CIVIL 08742 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 11, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

          SO ORDERED.

 Dated:    March 12, 2026

          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge